UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTE JEFFERIS, as Wrongful Death Heir, and as Successor-in-Interest to DENNIS SHERVEY, Deceased, and KENNETH SHERVEY, SHILO SHERVEY, SONDRA SHERVEY, as Legal Heirs of DENNIS SHERVEY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | No. 3:12-cv-00224-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant METROPOLITAN LIFE INSURANCE COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: NOV 2 2 2013

By: /s/
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY